UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Index No. CV10-5030

TRIA BEAUTY, INC.

, Plaintiff(s)

- against -

RADIANCY INC.

, Defendant(s)

State of Delaware   }
                    } SS.:
County of Newcastle }

## AFFIDAVIT OF SERVICE

Tom Williams being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of Delaware. That on 11/10/2010 at 12:28 PM at:
  CORPORATION SERVICE COMPANY
  2711 CENTERVILLE ROAD
  SUITE 400
  WILMINGTON DE 19808
Deponent served the:

SUMMONS IN A CIVIL ACTION AND COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES FOR: VIOLATION OF 43(A) OF THE LANHAM ACT; VIOLATION OF CAL. BUS. & PROF. CODE 17500; AND VIOLATION OF CAL BUS. & PROF. CODE 17200 WITH JURY TRIAL DEMANDED
ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
RULES
CIVIL COVER SHEET

on RADIANCY INC.,

a domestic and/or foreign corporation
by delivering thereat true copies to Paul Mathews
personally, deponent knew said corporation so served to be the corporation,
described in same as said recipient and knew said individual to be the
Section Head and who stated that they were
authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 35   HEIGHT: 5'8"   WEIGHT: 190   HAIR: BROWN   RACE: WHITE   SEX: MALE

Tom Williams   Lic. #n/a

SWORN BEFORE ME

SEAN M. BOYKEVICH
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Jan. 20, 2012

OUR DOC# 26590
Ropes & Gray
1211 Avenue of Americas
New York NY 10036
212-841-5700