Robert H. Horn (SBN #134710)
rhorn@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA 90067-3206
Phone:   (310) 557-2900
Facsimile: (310) 557-2193

Brendan J. O'Rourke
borourke@proskauer.com
Kristin H. Neuman
kneuman@proskauer.com
Victoria L. Loughery
vloughery@proskauer.com
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036
Phone: (212) 969-3000
Facsimile: (212) 969-2900

Attorneys for Defendant
Radiancy Inc.

Thad A. Davis (CSB #220503
Thad.Davis@ropesgray.com
Joshua V. Van Hoven (CSB #262815)
Joshua.vanhoven@ropesgray.com
ROPES & GRAY LLP
1900 University Avenue, 6th Floor
East Palo Alto, CA 94303-2284
Phone: (650) 617-4000
Facsimile: (650) 617-4090

Peter M. Brody
Peter.Brody@ropesgray.com
ROPES & GRAY LLP
700 12th Street, NW, Suite 900
Washington, DC 20005-3948
Phone: (202) 508-4612
Facsimile: (202) 383-7777

Attorneys for Plaintiff
TRIA Beauty, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRIA BEAUTY, INC.<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RADIANCY INC.<br><br>　　　　Defendant. | Case No. CV-10-5030 PVT<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Date: November 29, 2010<br>Time:<br>Ctrm:<br><br>Patricia V. Trumbull<br><br>Action Filed: November 5, 2010 |

　　　Pursuant to Local Rule 6-1, Plaintiff TRIA Beauty, Inc. and Defendant Radiancy, Inc., by and through their respective counsels, hereby stipulate and agree

---

Case No. CV10-5030 PVT – STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

to an extension of time for Radiancy, Inc. to respond to the Complaint filed November 5, 2010, through and including December 15, 2010.

This stipulation does not alter the date of any event or deadline already fixed by Court order.

DATED: 11/29/10                 Robert H. Horn
                                PROSKAUER ROSE LLP


                                By: _____/s/_____
                                        Robert H. Horn

                                Attorney for Defendant
                                Radiancy Inc.


DATED: 11/29/10                 Joshua V. Van Hoven
                                ROPES & GRAY LLP


                                By: _____/s/_____
                                        Joshua V. Van Hoven

                                Attorney for Plaintiff
                                TRIA Beauty Inc.

I hereby attest that the content of the document is acceptable to all persons required to sign the document.

DATED: 11/29/10                 Robert H. Horn
                                PROSKAUER ROSE LLP


                                By: _____/s/_____
                                        Robert H. Horn

                                Attorney for Defendant
                                Radiancy Inc.

2