1  Robert H. Horn (SBN #134710)
   *rhorn@proskauer.com*
2  PROSKAUER ROSE LLP
   2049 Century Park East, 32nd Floor
3  Los Angeles, CA  90067-3206
   Phone:     (310) 557-2900
4  Facsimile: (310) 557-2193

5  Brendan J. O'Rourke*
   *borourke@proskauer.com*
6  Kristin H. Neuman*
   *kneuman@proskauer.com*
7  Victoria L. Loughery*
   *vloughery@proskauer.com*
8  PROSKAUER ROSE LLP
   1585 Broadway
9  New York, NY 10036
   Phone: (212) 969-3000
10 Facsimile: (212) 969-2900
   * *Pro hac vice* application pending
11

12 Attorneys for Defendant-Counterclaim
   Plaintiff Radiancy Inc.
13

14                UNITED STATES DISTRICT COURT

15               NORTHERN DISTRICT OF CALIFORNIA

16                      SAN JOSE DIVISION

17

| | |
|---|---|
| 18  TRIA BEAUTY, INC. | Case No. CV-10-5030 PSG |
| 19         Plaintiff, | |
| 20     vs. | **ADR CERTIFICATION BY PARTIES AND COUNSEL** |
| 21  RADIANCY INC. | |
| 22         Defendant. | |

23
24
25
26
27
28

Defendant-counterclaim plaintiff Radiancy Inc. ("Radiancy"), by and through its attorneys, Proskauer Rose LLP, hereby submits the attached ADR Certification by Parties and Counsel.

DATED: December 21, 2010

Robert H. Horn
PROSKAUER ROSE LLP

By: _____/s/_____
Robert H. Horn
Robert H. Horn (SBN #134710)
*rhorn@proskauer.com*
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA  90067-3206
Phone:    (310) 557-2900
Facsimile: (310) 557-2193

Brendan J. O'Rourke*
*borourke@proskauer.com*
Kristin H. Neuman*
*kneuman@proskauer.com*
Victoria L. Loughery*
*vloughery@proskauer.com*
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036
Phone: (212) 969-3000
Facsimile: (212) 969-2900
* *Pro hac vice* application pending

Attorneys for Defendant
Radiancy Inc.

1

ADR CERTIFICATION BY PARTIES AND COUNSEL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff(s),

Case No.

ADR CERTIFICATION BY PARTIES
AND COUNSEL

v.

Defendant(s).
_____/

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 12/21/2010

Dated: 12/21/2010

[Party]

[Counsel]

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05