UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRIA BEAUTY, INC.<br><br>Plaintiffs,<br><br>v.<br><br>RADIANCY, INC.,<br><br>Defendants. | No. CV10-05030 PSG<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that all matters previously set before Magistrate Judge Paul S. Grewal are hereby VACATED.  Clerk to reassign case.

Dated:  December 27, 2010

RICHARD W. WIEKING,
United States District Court

By: Oscar Rivera
Courtroom Deputy Clerk to
Magistrate Judge Paul S. Grewal